◈AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of ____ALABAMA____

EASTERN DIVISION

RECEIVED
2007 MAR 23 P 3:05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Kim S. Smith
          V.

Deborah Hardwick Grossman,
R.N., B.S.N., J.D.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:07cv248-WHA

TO: (Name and address of Defendant)

Deborah Hardwick Grossman
400 East Third Avenue
West Point, Georgia  31833-2324

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith W. Veigas, Jr.
Patton & Veigas, P.C.
1200 20th Street South
Suite 200
Birmingham, AL 35205
205-212-1000 telephone
205-212-0000 facsimile

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3/28/07

_____        _____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK