**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deborah Hardwick Grossman,
   400 East Third Avenue
   West Point, Georgia 31833

2. Article Number
   (Transfer from service label)

   7006 2760 0003 9723 0730

PS Form 3811, February 2004      Domestic Return Receipt      02595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  D Grossman
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Deborah Grossman

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

   07CV248
   reg. civil st amended
   Comp

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes