IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv248-WHA |
| | ) |
| DEBORAH HARDWICK GROSSMAN, | ) |
| R.N., B.S.N., J.D., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss Amended Complaint (Doc. #6), filed on April 25, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before May 16, 2007** why the motion should not be granted. The Defendant shall have **until May 23, 2007**, to file any reply she may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 25th day of April, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE