IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM S. SMITH; | * | |
| | * | |
| Plaintiff/Counter-Claim Defendant, | * | |
| | * | |
| v. | * | 3:07cv248WHA |
| | * | |
| DEBORAH HARDWICK GROSSMAN, R.N., B.S.N., J.D.; | * | NO ORAL ARGUMENT |
| | * | |
| Defendant/Counter-Claim Plaintiff, | * | |

**PLAINTIFF/COUNTER-CLAIM DEFENDANT'S MOTION TO EXTEND TIME FOR RESPONSE TO DEFENDANT/COUNTER-CLAIM PLAINTIFF'S MOTION TO DISMISS AMENDED COMPLAINT**

COMES NOW the Plaintiff/Counter-Claim Defendant, Kim S. Smith, by and through her counsel of record, and hereby respectfully requests this Honorable Court to extend the time for which the Plaintiff/Counter-Claim Defendant's response is due from on or before May 16, 2007 (Document 8) to May 23, 2007 and as grounds hereto states as follows:

1. The Plaintiff/Counter-Claim Defendant first received this Honorable Court's Order (Document 8) through the mail on April 26, 2007 along with a cover sheet notifying all attorneys of record of the mandatory electronic filing and the notification of the need to register immediately.

2. April 26, 2007 was the first notification to the undersigned that a response was filed by Defendant/Counter-Claim Plaintiff Motion to Dismiss Amended Complaint (Document 6) even though the Defendant/Counter-Claim Plaintiff stated in Document 6 that service to the undersigned was sent via United States mail. As of this date, the undersigned has not received it through the mail.

3. Upon receipt of this Court Order (Document 8), the undersigned contacted the Clerk of the Court for the Middle District and obtained the instructions for registering for electronic filing. Receipt of the necessary passwords and login information came to the undersigned within the next day or so. Therefore, it wasn't until the end of the month of April that the undersigned was able to log on electronically, review the filings, and print off the Defendant/Counter-Claim Plaintiff's Motion to Dismiss as well as the Answer and Counter-Claim and other filings which occurred since the filing of the lawsuit.

**MOTION GRANTED TO AND INCLUDING** _May 23_, 20_07_
**THIS** _16th_ **DAY OF** _May_, 20_07_

_____
UNITED STATES DISTRICT JUDGE