IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-248-WHA-WC |
| | ) |
| DEBORAH HARDWICK GROSSMAN, R.N., B.S.N., J.D., | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO SUSPEND PLEADINGS AND PLACE ON ADMINISTRATIVE DOCKET PENDING MEDIATION

COME NOW the parties, by and through their respective attorneys, and jointly move that this case be placed on the administrative docket, that all schedules be suspended and that the case be referred to a magistrate for mediation and assign the following:

1. This is a legal dispute between an attorney defendant and her former office manager.

2. The parties have indicated a good-faith effort to settle this matter.

3. The parties believe that time and money can better be spent on mediation rather than briefing issues and undertaking extensive discovery.

4. Both parties are in agreement that mediation would likely dispose of this case.

Respectfully submitted this the 25th day of May, 2007.

_____
KEITH W. VEIGAS, JR.
Attorney for Plaintiff

/s/ *George L. Beck, Jr.*
GEORGE L. BECK, JR.
Attorney for Defendant

**OF COUNSEL:**
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8091
Facsimile: (334) 241-8291

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed to them on this 25th day of May, 2007.

WILLIAM O. WALTON, III
Suite 304
2515 East Glenn Avenue
Auburn, AL 36830