IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv248-WHA |
| | ) |
| DEBORAH HARDWICK GROSSMAN, | ) |
| R.N., B.S.N, J.D., | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This case is before the court on the Joint Motion to Suspend Pleadings and Place on Administrative Docket Pending Mediation (Doc. #13), filed by the parties on May 25, 2007.

This court has no provision for an administrative docket. Furthermore, the court has no provision in place at this time for referral to a magistrate judge for mediation. (See order of the court entered on September 18, 2006, suspending such mediation program.) The program of reference to magistrate judges for mediation will not resume until October 1, 2007. (See Notice Concerning October 1, 2007 Resumption of Magistrate Judge Mediation, provided to all practitioners admitted to this court and carried as Announcement 04.23.07 on the court's website.) Therefore, the motion is DENIED, but it is hereby ORDERED as follows:

1. This case is STAYED **until August 1, 2007**, to allow the parties to resolve this case through private mediation.

2. If this case is not settled **by August 1, 2007**, the parties shall file their Report of Parties Planning Meeting at that time.

DONE this 29th day of May, 2007.


                          /s/ W. Harold Albritton
                          W. HAROLD ALBRITTON
                          SENIOR UNITED STATES DISTRICT JUDGE