IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM S. SMITH; | * | |
| | * | |
| Plaintiff/Counter-Claim Defendant, | * | |
| | * | |
| v. | * | 3:07cv248WHA |
| | * | |
| DEBORAH HARDWICK GROSSMAN, R.N., B.S.N., J.D.; | * | NO ORAL ARGUMENT |
| | * | |
| | * | |
| Defendant/Counter-Claim Plaintiff, | * | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW the Plaintiff's counsel, Keith W. Veigas, Jr. and his law firm Patton & Veigas, P.C. respectfully moves this Honorable Court to allow said Counsel to withdraw. As grounds therefore Plaintiff's counsel represents unto this Honorable Court that Plaintiff Kim S. Smith has informed said counsel that she has retained new counsel.

WHEREFORE premises considered, Plaintiff's counsel, Keith W. Veigas, Jr. and his law firm of Patton & Veigas, P.C. respectfully request this Honorable Court enter an Order allowing said counsel to withdraw.

Respectfully submitted,

/s/ Keith W. Veigas, Jr.
Keith W. Veigas, Jr. (ASB-4795-a48k)
Kristel N. Gibbons (ASB-1866-n74k)
Attorney for Plaintiff/Counter-Claim
Defendant

OF COUNSEL:

Patton & Veigas, P.C.
1200 20th Street South, Suite 200
Birmingham, Alabama 35205
205.212.1000 telephone
205.212.0000 facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon the following by electronic filing through the EM/CF filing and by placing a true and correct copy of same in the United States mail postage pre-paid and properly addressed on this the 9th day of July, 2007.

George L. Beck, Jr.
Capell & Howard, P.C.
P.O. Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069
334.241.8000 telephone
334.323.8888 facsimile

Of Counsel:
William O. Walton, III
Suite 304
2515 East Glenn Avenue
Auburn, Alabama 36830

Kim S. Smith
3367 Columbus Road
Valley, Alabama 36854

                                              /s/ Keith W. Veigas, Jr.
                                              Of Counsel