IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv248-WHA |
| | ) |
| DEBORAH HARDWICH GROSSMAN, R.N, B.S.N., J.D., | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This case is before the court on the Motion to Withdraw as Counsel for the Plaintiff (Doc. #15), filed on July 9, 2007, by Keith W. Veigas, Jr., on behalf of himself, and Kristel N. Gibbons. Upon consideration of the motion, it is hereby ORDERED as follows:

1. Kim S. Smith is DIRECTED to file with the court **no later than July 16, 2007**, any objection she might have to the motion. In the absence of objection, the motion will be granted.

2. If Kim S. Smith agrees to the withdrawal of current counsel and has retained new counsel, she is DIRECTED to have new counsel file a formal notice of appearance promptly, but in no event later than August 1, 2007.

3. This court's order entered on May 29, 2007, staying the case until August 1, 2007, to allow the parties to resolve this case through private mediation remains in full force and effect. If this case is not settled by that date, the parties are required to file their Report of Parties Planning Meeting at that time.

4. The clerk is DIRECTED to serve a copy of this order, by certified mail, on Kim S. Smith at the address shown in the Certificate of Service on the Motion to Withdraw.

DONE this 10th day of July, 2007.

                                            /s/ W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE