IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv248-WHA |
| ) | |
| DEBORAH HARDWICH GROSSMAN, R.N., ) | |
| B.S.N., J.D., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

No objection having been filed by the Plaintiff to the Motion to Withdraw as Counsel for the Plaintiff (Doc. #15), it is hereby ORDERED as follows:

1. The motion is GRANTED, and Keith W. Veigas, Jr. and Kristel N. Gibbons are allowed to withdraw as counsel of record for the Plaintiff.

2. Kim S. Smith is DIRECTED to have any new counsel she may have retained file a formal notice of appearance promptly, but in no event later than August 1, 2007. If the Plaintiff has not retained new counsel, but wishes to continue with this case representing herself, pro se, she is DIRECTED to file a statement to that effect no later than August 1, 2007.

3. If this case has not been settled before August 1, 2007, the parties are DIRECTED to file their Report of Parties Planning Meeting no later than that date.

4. The clerk is DIRECTED to serve a copy of this order by mail on Kim S. Smith.

DONE this 17th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE