**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**    RECEIVED

| | | |
|---|---|---|
| KIM S. SMITH, | * | 2007 JUL 27  A 10: 58 |
| Plaintiff/Counter-Claim Defendant, | * | |
| | * | |
| v. | * | 3:07cv248WHA |
| | * | MIDDLE DISTRICT ALA |
| DEBORAH HARDWICK GROSSMAN, | * | |
| Defendant/Counter-Claim Plaintiff, | * | |

## MOTION TO EXTEND STAY

Comes now the Plaintiff, KIM S. SMITH, pro se, and respectfully requests this Honorable Court to extend the heretofore granted stay until August 1, 2007, for an additional sixty (60) days and for reasons states as follows:

1. Plaintiff, KIM S. SMITH, terminated legal representation of Keith Veigas on the 5th day of July, 2007.

2. Plaintiff, KIM S. SMITH, received her "file" from the Law Firm of Patton & Veigas, PC, on or about the 12th day of July, 2007. Upon reviewing the file, the Plaintiff learned of the stay granted until August 1, 2007 for possible mediation.

3. Plaintiff, KIM S. SMITH, has contacted other legal Counsel but has not yet retained said Counsel.

4. On the 26th day of July, 2007, the Hon. George Beck, has stated that the Defendant, DEBORAH HARDWICK GROSSMAN, wishes to extend a written offer of proposal to settle for consideration.

5. Defendant, DEBORAH HARDWICK GROSSMAN, by and through her Attorney, Hon. George Beck, has agreed to extend said stay for additional sixty (60) days an in an effort to settle this matter.

WHEREFORE these premises considered, the Plaintiff, KIM S. SMITH, requests this Hon. Court for an Order granting this Motion to Extend Stay.

KIM S. SMITH
Plaintiff/Counter-Defendant

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the following by placing copy of the same in the United States Mail postage pre-paid and properly addressed on this the 27th day of July, 2007.

George L. Beck, Jr.
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36102-2069

William O. Walton, III
Suite 304
2515 East Glenn Avenue
Auburn, Alabama 36830

KIM S. SMITH
Plaintiff/Counter-Defendant