IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.  3:07cv248-WHA |
| v. ) | |
| ) | |
| DEBORAH HARDWICK GROSSMAN, ) | |
| R.N., B.S.N., J.D., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Extend Stay and having accepted the Plaintiff's statement that the Defendant has no objection to extending the stay for an additional sixty days, it is hereby ORDERED that

1. The Plaintiff's Motion to Extend Stay is GRANTED.

2. All pending matters in this case are STAYED until October 1, 2007.

3. Should the Defendant object to this stay, an objection should be filed **on or before August 8, 2007**.

DONE this 31st day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE