# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-248-WHA |
| | ) |
| DEBORAH HARDWICK | ) |
| GROSSMAN, R.N., B.S.N., J.D., | ) |
| | ) |
| Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Deborah Hardwick Grossman, the Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, parties, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  There are no entities to be reported.

Respectfully submitted this 2nd day of August, 2007.

                                          s/ George L. Beck, Jr.
                                        George L. Beck, Jr. (BEC011)
                                        CAPELL & HOWARD, P.C.
                                        Post Office Box 2069
                                        Montgomery, AL  36102-2069
                                        Telephone:    (334) 241-8000
                                        Facsimile:      (334) 323-8888
                                        glb@chlaw.com
                                        Attorney for Defendant/Counter-Plaintiff

OF COUNSEL:

William O. Walton, III
WALTON LAW FIRM, P.C.
2515 East Glenn Avenue, Suite 304
Auburn, AL  36830
Telephone:  (334) 321-3000
Facsimile:  (334) 321-3007
waltonlaw@waltonlaw.net

## CERTIFICATE OF SERVICE

     I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I served the following individual(s) by placing a copy of the same in the United States mail, postage prepaid and properly addressed.

    Kim S. Smith, *pro se*
    3367 Columbus Road
    Valley, AL  36854

                                            s/ George L. Beck, Jr.
                                            George L. Beck, Jr. (BEC011)