IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-248-WHA |
| | ) |
| DEBORAH HARDWICK | ) |
| GROSSMAN, R.N., B.S.N., J.D., | ) |
| | ) |
|     Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Deborah Hardwick Grossman, the Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, parties, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: There are no entities to be reported.

Respectfully submitted this 2nd day of August, 2007.

                                            s/ Will O. (Trip) Walton, III_____
                                            Will O. (Trip) Walton, III (WAL046)
                                            Walton Law Firm, P.C.
                                            2515 East Glenn Avenue
                                            Suite 304
                                            Auburn, AL 36830
                                            Telephone: 334-321-3000
                                            Facsimile: 334-321-3007
                                            waltonlaw@waltonlaw.net
                                            Attorney for Defendant/Counter-Plaintiff

OF COUNSEL:

George L. Beck, Jr.
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, AL  36102-2069
Telephone:  334-241-8000
Facsimile:  334-323-8888
glb@chlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I served the following individual(s) by placing a copy of the same in the United States mail, postage prepaid and properly addressed.

      Kim S. Smith, *pro se*
      3367 Columbus Road
      Valley, AL  36854

      s/ Will O. (Trip) Walton, III
      Will O. (Trip) Walton, III (WAL046)