# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KIM S. SMITH,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 3:07-cv-248-WHA** |
| | ) |
| **DEBORAH HARDWICK** | ) |
| **GROSSMAN, R.N., B.S.N., J.D.,** | ) |
| | ) |
|    Defendant. | ) |

## STATUS REPORT OF SETTLEMENT NEGOTIATIONS

COMES NOW Deborah Hardwick Grossman, the Defendant in the above-captioned matter, and files this Status Report regarding settlement negotiations in the above-styled cause:

    1.    On July 27, 2007, the Plaintiff filed a Motion to Extend Stay of these proceedings, with Defendant's agreement, in an effort to settle this case.

    2.    On July 31, 2007, this Honorable Court granted a stay of all pending matters until October 1, 2007.

    3.    Unfortunately, the parties have been unable to reach a settlement of this case.

WHEREFORE, premises considered, the Defendant hereby recommends to this Honorable Court that a new trial date be set and a new scheduling order be entered, so that this matter may proceed to trial.

Respectfully submitted this 17th day of September, 2007.

               s/ George L. Beck, Jr.
               George L. Beck, Jr. (BEC011)
               CAPELL & HOWARD, P.C.
               Post Office Box 2069
               Montgomery, AL 36102-2069
               Telephone: (334) 241-8000
               Facsimile: (334) 323-8888
               glb@chlaw.com
               Attorney for Defendant/Counter-Plaintiff

<u>OF COUNSEL</u>:

William O. Walton, III
WALTON LAW FIRM, P.C.
2515 East Glenn Avenue, Suite 304
Auburn, AL 36830
Telephone: (334) 321-3000
Facsimile: (334) 321-3007
waltonlaw@waltonlaw.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I served the following individual(s) by placing a copy of the same in the United States mail, postage prepaid and properly addressed.

  Kim S. Smith, *pro se*
  3367 Columbus Road
  Valley, AL 36854

               s/ George L. Beck, Jr.
               George L. Beck, Jr. (BEC011)