## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

KIM S. SMITH,
    Plaintiff,                                                    )

v.                                                    CASE NO. 3:07-cv-248-WHA

DEBORAH HARDWICK GROSSMAN,  )
    Defendant,                                            )

### NOTICE OF APPEARANCE

COMES NOW Jackson B. Harrison, and files his notice of appearance as counsel for the Plaintiff in the above-styled cause. In making this appearance, counsel requests the following:

1.    That notices of continuances, trial settings docket setting, or other announcements or notices regarding said case be forwarded to his at the address provided herein.

2.    That the name of counsel be entered herein on the appropriate court records.

Respectfully submitted this the 18TH day of September, 2007.

Jackson B. Harrison  (HAR 285)
Attorney for Defendant

OF COUNSEL:
The Harrison Firm, L.L.C.
8425 Crossland Loop
Montgomery, Alabama 36117
(334) 391-0856
(334) 819-8923 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 18TH day of September, 2007, viz:

GEORGE L. BECK, JR, ESQ.
PO BOX 2069
MONTGOMERY, AL 36102

[ ] U.S. MAIL        [   ] HAND DELIVERY   [ XX ] FACSIMILE      [   ]
FEDEX

Of Counsel