IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
|       Plaintiff, | ) ) ) |
| vs. | )   CIVIL ACTION NO. 3:07cv248-WHA |
| DEBORAH HARDWICH GROSSMAN, | ) ) ) |
|       Defendant. | ) |

**ORDER**

     This case is before the court on the Report of Parties Planning Meeting (Doc. #25), filed on September 24, 2007. In the Report, the parties state that the case should be ready for trial by August 2008, and request various deadlines consistent with that time. While this court has a term of court scheduled to begin August 11, 2008, that term is for the Northern Division, while this case is pending in the Eastern, with trial to be held in Opelika. The court has an Opelika term beginning on June 23, 2008, with pretrial hearings on May 30, 2008, and another term in Opelika beginning on November 17, 2008, with pretrial hearings on October 24, 2008. The court also notes that there is an outstanding Motion to Dismiss in this case. Therefore, it is hereby ORDERED as follows:

     1. Plaintiff is given **until October 5, 2007**, to show cause why the Motion to Dismiss Amended Complaint (Doc. #6), should not be granted. The Defendant is given **until October 15, 2007**, to reply, at which time the motion will be taken under submission for determination without oral argument.

    2.  The parties are given **until October 5, 2007**, to file an Amended Report of Parties Planning Meeting requesting deadlines consistent with one of the trial terms set out above.

    DONE this 25th day of September, 2007.

                                       /s/ W. Harold Albritton  
                                       W. HAROLD ALBRITTON  
                                       SENIOR UNITED STATES DISTRICT JUDGE