IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
|       Plaintiff, | ) |
| v. | )   CIVIL ACTION NO. 3:07cv248-WHA |
| DEBORAH HARDWICH GROSSMAN, | ) |
|       Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Amend Complaint (Doc. #29), filed on October 5, 2007, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before October 16, 2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 9th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE