**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **KIM S. SMITH,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 3:07-cv-248-WHA** |
| | ) |
| **DEBORAH HARDWICK** | ) |
| **GROSSMAN, R.N., B.S.N., J.D.,** | ) |
| | ) |
|    **Defendant.** | ) |

**NOTICE OF SERVICE OF DISCOVERY**

    PLEASE TAKE NOTICE that the following discovery documents have been served on counsel for Kim S. Smith:

    1.    Defendant's Rule 26 Initial Disclosures

                                                                              s/ George L. Beck, Jr.
                                                                              George L. Beck, Jr. (BEC011)
                                                                              CAPELL & HOWARD, P.C.
                                                                              Post Office Box 2069
                                                                              Montgomery, AL 36102-2069
                                                                              Telephone:    (334) 241-8000
                                                                              Facsimile:     (334) 323-8888
                                                                              glb@chlaw.com
                                                                              Attorney for Defendant/Counter-Plaintiff

OF COUNSEL:

William O. Walton, III
WALTON LAW FIRM, P.C.
2515 East Glenn Avenue, Suite 304
Auburn, AL 36830
Telephone: (334) 321-3000
Facsimile: (334) 321-3007
waltonlaw@waltonlaw.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jackson B. Harrison, Esq.
The Harrison Firm, L.L.C.
8425 Crossland Loop
Montgomery, AL  36117
bharrison@alabama-legal.com

                                                s/ George L. Beck, Jr.
                                                George L. Beck, Jr. (BEC011)