IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv248-WHA |
| | ) |
| DEBORAH HARDWICK GROSSMAN, | ) |
| R.N., B.S.N., J.D., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Amend Complaint (Doc. #40), filed on February 5, 2008, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before February 18**, **2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 7th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE