IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH; ) | 2008 FEB 11  P 12: 14 |
| ) | |
| Plaintiff ) | DEBRA P. HACKETT, CLK |
| ) | U.S. DISTRICT COURT |
| v. ) | Civil Action Number: MIDDLE DISTRICT ALA |
| ) | 3:07cv248-WHA |
| DEBORAH HARDWICK GROSSMAN, ) | |
| R.N., B.S.N., J.D.; ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, KIM SMITH, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: this party is an individual and has no reportable relationships that could potentially pose a financial or professional conflict.

Respectfully submitted this the 11th day of February, 2008.

_____
Jackson B. Harrison (HAR285)
Attorney for Plaintiff

OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920
(334) 819-8923 fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 11TH day of February, 2008, viz:

Hon. George Beck
P.O. Box 2069
Montgomery, AL 36102-2069

[ xx ] U.S. MAIL     [   ] HAND DELIVERY     [   ] FACSIMILE     [   ] FEDEX

_____
OF COUNSEL