# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-248-WHA |
| | ) |
| DEBORAH HARDWICK | ) |
| GROSSMAN, R.N., B.S.N., J.D., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

**COMES NOW** the Defendant Deborah Hardwick Grossman, by and through counsel, and files this Motion to Dismiss the Third Amended Complaint and states as follows:

1. The Motion to Amend is not timely.

2. The Third Amended Complaint fails to state a cause of action.

Respectfully submitted this the 14th day of February, 2008.

/s/ George L. Beck, Jr.
**GEORGE L. BECK, JR. (BEC011)**
ATTORNEY FOR DEFENDANT
CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL  36102-2069
Telephone:   (334) 241-8000
Facsimile:   (334) 323-8888

**OF COUNSEL:**
WILLIAM O. WALTON, III
Suite 304
2515 East Glenn Avenue
Auburn, AL  36830

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the Alafile system, which will send notification of such filing to the following:

Jackson B. Harrison, Esq.
The Harrison Firm, L.L.C.
8425 Crossland Loop
Montgomery, AL  36117
bharrison@alabama-legal.com

                **By:**   /s/ George L. Beck, Jr.
                        **GEORGE L. BECK, JR. (BEC011)**