IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM S. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv248-WHA |
| | ) | |
| DEBORAH HARDWICK GROSSMAN, | ) | |
| R.N., B.S.N., J.D., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss (Doc. #45), filed on February 14, 2008, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before March 7, 2008** why the motion should not be granted. The Defendant shall have **until March 14, 2008**, to file any reply she may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 15th day of February, 2008.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE