# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-cv-248-WHA |
| | ) |
| DEBORAH HARDWICK | ) |
| GROSSMAN, R.N., B.S.N., J.D., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the following discovery documents have been served on counsel for Plaintiff:

1. Notice to Take Deposition Duces Tecum of Kim S. Smith on May 13, 2008, at 9:00 a.m.

                                          s/ George L. Beck, Jr.
                                          George L. Beck, Jr. (BEC011)
                                          CAPELL & HOWARD, P.C.
                                          Post Office Box 2069
                                          Montgomery, AL 36102-2069
                                          Telephone:   (334) 241-8000
                                          Facsimile:    (334) 323-8888
                                          glb@chlaw.com
                                          Attorney for Defendant/Counter-Plaintiff

OF COUNSEL:

William O. Walton, III
2515 East Glenn Avenue, Suite 304
Auburn, AL 36830
Telephone: (334) 321-3000
Facsimile: (334) 321-3007
waltonlaw@waltonlaw.net

## CERTIFICATE OF SERVICE

  I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

William O. Walton, III
2515 East Glenn Avenue, Suite 304
Auburn, AL  36830
waltonlaw@waltonlaw.net

Jackson B. Harrison, Esq.
The Harrison Firm, L.L.C.
8425 Crossland Loop
Montgomery, AL  36117
bharrison@alabama-legal.com

              s/ George L. Beck, Jr.
              George L. Beck, Jr. (BEC011)