IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM S. SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-cv-248-WHA |
| | ) |
| DEBORAH HARDWICK | ) |
| GROSSMAN, R.N., B.S.N., J.D., | ) |
| | ) |
|    Defendant. | ) |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

COME NOW the Plaintiff and Defendant in the above-styled cause, and move this Court to dismiss this case, with prejudice, and with costs taxed against the Plaintiff.

Respectfully submitted this 23rd day of July, 2008.

| | |
|---|---|
| s/ Jackson B. Harrison | s/ George L. Beck, Jr. |
| Jackson B. Harrison (HAR285) | George L. Beck, Jr. (BEC011) |
| The Harrison Firm, L.L.C. | CAPELL & HOWARD, P.C. |
| 8425 Crossland Loop | Post Office Box 2069 |
| Montgomery, AL 36117 | Montgomery, AL 36102-2069 |
| bharrison@theharrisonfirm.net | glb@chlaw.com |
| | |
| ATTORNEY FOR PLAINTIFF | William O. Walton, III |
| | 2515 East Glenn Avenue, Suite 304 |
| | Auburn, AL 36830 |
| | waltonlaw@waltonlaw.net |
| | |
| | ATTORNEYS FOR DEFENDANT |